IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **TAMI GOUTY,**<br><br>     **Plaintiff,**<br><br>  v.<br><br>**FONTANA FASTENERS, INC.,**<br><br>     **Defendant.** | Case No. 1:23-cv-525-JRS-TAB |

### ORDER GRANTING DISMISSAL WITH PREJUDICE

Plaintiff, Tami Gouty, and Defendant, Fontana Fasteners, Inc., have filed their Joint Stipulation of Dismissal seeking dismissal of this matter with prejudice. The Court has examined the stipulation and now finds the matter should be dismissed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this matter is dismissed with prejudice. Each party shall bear its own costs.

Date: 3/5/2024

                                               JAMES R. SWEENEY II, JUDGE
                                               United States District Court
                                               Southern District of Indiana

Copies to all Counsel via CM/ECF